# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **iMORTGAGE SERVICES, LLC ,** *Plaintiff* | * | CIVIL ACTION NO. 3:19-cv-00849 |
| | * | |
| **VERSUS** | * | JUDGE: SHELLY D. DICK |
| **LOUISIANA REAL ESTATE APPRAISERS BOARD, AND ROLAND M. HALL, GAYLE A. BOUDOUSQUIE, CHERYL B. BELLA, NEWTON J. LANDRY, TOMMIE E. MCMORRIS, SR., MICHAEL A. GRAHAM, CLAYTON F. LIPSCOMB, and TIMOTHY W. HAMMETT, in their official capacities as Members of the Louisiana Real Estate Appraisers Board,** *Defendants* | * * * * * * | MAG. JUDGE: ERIN WILDER-DOOMES |

## MOTION TO SUBSTITUTE PLEADING

Now into Court, through undersigned counsel, comes Plaintiff, iMortgage Services, LLC ("iMortgage"), which moves this Honorable Court for an Order permitting the substitution of the *Complaint for Declaratory Judgment, Injunctive Relief and Damages and Attorney's Fees* ("Substitute Complaint") in place of the *Complaint for Declaratory Judgment, Injunctive Relief and Damages and Attorney's Fees* (Doc. 1) ("Complaint") that was filed in this matter on December 9, 2019 to correct an improperly styled caption. Specifically, the caption in the Complaint, rather than listing all defendants, employed the abbreviation "*et al.*", and the proposed Substitute Complaint lists all defendants by name.

1

Accordingly, iMortgage moves this honorable court to accept the Substitute Complaint in place of the Complaint (Doc. 1) to correct the deficiency in the caption of the same.

WHEREFORE, Plaintiff, iMortgage Services, LLC, prays that this Motion to Substitute Pleading be granted, and that the Substitute Complaint be accepted and the Complaint (Doc. 1) be stricken, accordingly, and that the record in this matter be updated to reflect the same.

December 10, 2019

        Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Kellen J. Mathews*
Robert L. Rieger, Jr., (#18404)
Kellen J. Mathews (#31860)
Justin A. Jack (#36508)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
Facsimile: (225) 336-5220
robert.rieger@arlaw.com
kellen.mathews@arlaw.com
justin.jack@arlaw.com

and

Mark R. Beebe, T.A. (#19478)
4500 One Shell Square
701 Poydras Street
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210 fax
mark.beebe@arlaw.com

*ATTORNEYS FOR PLAINTIFF*
*IMORTGAGE SERVICES, LLC*